IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY JORDAN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN[1], | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | NO. 12-6150 |

FILED
JUN 2 0 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

PETRESE B. TUCKER, C.J.

AND NOW, this 20th day of June 2014, upon consideration of plaintiff's request for review and defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's Motion for Summary Judgment is DENIED.

BY THE COURT:

_____
PETRESE B. TUCKER, C.J.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for previous Commissioner Michael J. Astrue as defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).